```
                    FILED        LODGED
                    RECEIVED     COPY

                    OCT 1 0 2017

                    CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                    BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> vs.<br><br>Manuel Fuentes Orozco,<br><br>    Defendant. | CR-17-08255-PCT-DLR(MHB)<br><br>**REDACTED<br>INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1152, 2241(c) and 2246(2)(B)<br>(CIR: Aggravated Sexual Abuse of a Minor)<br>Count 1<br><br>18 U.S.C. §§ 1152, 2244(a)(5) and 2246(3)<br>(CIR: Abusive Sexual Contact with a Minor)<br>Count 2 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about February 9, 2013, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant MANUEL FUENTES OROZCO, did knowingly engage in and attempt to engage in a sexual act with the victim, John Doe, an Indian, who had not yet attained the age of 12. The sexual act involved contact between the defendant's penis and the victim's mouth.

In violation of Title 18, United States Code, Sections 1152, 2241(c) and 2246(2)(B).

### COUNT 2

On or about February 9, 2013, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, MANUEL FUENTES OROZCO, did knowingly engage in and attempt to engage in sexual contact with the

1  victim, John Doe, an Indian, who had not yet attained the age of 12. The sexual contact
2  involved the intentional touching, directly and through the clothing, of the genitalia of the
3  defendant with the victim's hand, with an intent to abuse, humiliate, harass, degrade, and
4  arouse, and gratify the sexual desire of the defendant.

In violation of Title 18, Unites States Code, Sections 1152, 2244(a)(5) and 2246(3).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: October 10, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

s/
DIMITRA H. SAMPSON
Assistant U.S. Attorney